No. 3. ADAMS STATE BANK *v.* PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. October 5, 1920. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Frank H. Bicek* for plaintiff in error. *Mr. Edward J. Brundage* and *Mr. James H. Wilkerson* for defendant in error.

No. 32. HARRY WRONKOW KEATLEY *v.* UNITED STATES TRUST COMPANY ET AL., AS EXECUTORS, ETC. On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. October 5, 1920. Dismissed with costs, on motion of counsel for petitioner. *Mr. W. Bourke Cockran* for petitioner. *Mr. Wm. A. W. Steward, Mr. Chas. B. Fernald* and *Mr. Edward W. Sheldon* for respondents.

No. 59. W. F. HARN ET AL. *v.* MISSOURI STATE LIFE INSURANCE COMPANY. Error to the Supreme Court of the State of Oklahoma. October 5, 1920. Dismissed with costs, per stipulation. *Mr. W. F. Harn* for plaintiffs in error. *Mr. James R. Keaton* and *Mr. Frank Wells* for defendant in error.

No. 153. WILLIAM H. RIGGIE *v.* GRAND TRUNK RAILWAY COMPANY. Error to the Supreme Court of the State of Vermont. October 5, 1920. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Harry Burton Amey* for plaintiff in error. *Mr. J. W. Redmond* for defendant in error.